**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge R. Brooke Jackson**

Date:                              March 21, 2013
Courtroom Deputy:       J. Chris Smith
Court Reporter:             Kara Spitler

---

Civil Action No. 12-cv-00381-RBJ

| | |
|---|---|
| ADRIENNE WAGNER, | Robert M. Liechty |
| | *appearance by telephone* |
| Plaintiff, | |
| v. | |
| BANK OF AMERICA CORPORATION, | Elena D. Marcuss |
| d/b/a Bank of America, N.A., | Donald L. Samuels |
| LANDSAFE APPRAISAL, and | *appearances by telephone* |
| CONRAD NORTH, | |
| Defendants. | |

---

### COURTROOM MINUTES
---

**Telephonic Hearing on Motion to Modify Scheduling Order**

**8:30 a.m.         Court in session.**

Argument in opposition to motion [38] by Ms. Marcuss.
Mr. Samuels explains reasons for stipulation [32].
Continued argument by Ms. Marcuss.

Argument in support of motion by Mr. Liechty.
Argument by Mr. Samuel.
Further Argument by Mr. Liechty.

**ORDERED:    Motion to Modify Scheduling Order to Endorse Expert Witness [38], is granted.**

Court advises counsel of its rationale and findings for granting the motion as stated on record.

Discussion regarding deadline for defendants' rebuttal.
**Counsel agree to 30 days, April 20, 2013, for defendants' expert rebuttal deadline.**

Court instructs counsel regarding filing time-line for any anticipated *Daubert* motion.

**8:48 a.m.         Court in recess.**    Hearing concluded. Total time: 18 min.